**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KEITH D. CAMPBELL,<br><br>                 Petitioner,<br><br>      v.<br><br>WILLIAM SULLIVAN,<br><br>                 Respondent. | Case No. LACV 19-7636-MWF (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, Petitioner's Objections and the remaining record, and has made a *de novo* determination.

      Petitioner's Objections lack merit for the reasons stated in the Report and Recommendation.

      Accordingly, IT IS ORDERED THAT:

      1.    The Report and Recommendation is approved and accepted;

      2.    Judgment be entered denying the Petition and dismissing this action with prejudice; and

///

///

///

1     3.    The Clerk serve copies of this Order on the parties.

DATED: April 27, 2021

                                             MICHAEL W. FITZGERALD
                                             UNITED STATES DISTRICT JUDGE