**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH D. CAMPBELL, | Case No. LACV 19-7636-MWF (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WILLIAM SULLIVAN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: April 27, 2021

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE